IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Ethan Halcomb,

Plaintiff,

v.

Shirley Gladis, as personal representative of the Estate of Lee Michael Gladis; Sandra Viessman, as personal representative of the Estate of Micky Viessman; Dawson Truck Parts, Inc., a Minnesota corporation,

Defendants.

Civil Action No.: 01-1065 RHK/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned attorneys hereby advise the Court that all claims, counterclaims and cross claims by any party in the above-entitled cause of action have been resolved. Therefore,

IT IS HEREBY STIPULATED that this entire lawsuit may be, and hereby is, dismissed with prejudice, and without costs or disbursements to either of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with prejudice and without costs or disbursements to either of the parties, may be entered herein.

Dated: September 26, 2001

CHRISTIANSON, STONEBERG,
GILES & STROUP, P.A.

By [signature]
Kevin K. Stroup
Attorneys for Defendant
300 O'Connell Street
Marshall MN 56258
Telephone: (507) 537-0591
Attorney Reg. No. 170094

Dated: ~~September 26~~, 2001 10/9/01

PADDEN & ASSOCIATES, P.A.

By [signature]
Kenneth R. Swift
Attorneys for Plaintiff
Suite 800, Rosedale Towers
1700 West Highway 36
St. Paul, MN 55113
Telephone: (651) 635-0071
Attorney Reg. No. 261063

FILED OCT 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 12 2001
DEPUTY CLERK

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 12 day of October, 2001.

Judge of District Court

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order;

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs or disbursements to any party.

WITNESSES THE HONORABLE ____________________, one of the Judges of this Court at ____________________, on this ______ day of ________________, 2001.

BY THE COURT:
(District Court Seal)

Court Administrator